

Opinions of the United
States Court of Appeals
for the Third Circuit

11-6-2012

# Erick Oliva;Ramos v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 10-3849

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

## Recommended Citation

"Erick Oliva;Ramos v. Atty Gen USA" (2012). *2012 Decisions.* Paper 95.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/95

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 10-3849

ERICK RODOLFO OLIVA-RAMOS,
                                                    Petitioner
v.

ATTORNEY GENERAL OF THE UNITED STATES,
                                                    Respondent

On Petition for Review of a Final Order
of the Board of Immigration Appeals
(No. A088-231-019)

Argued: November 16, 2011

Before: McKEE, *Chief Judge*, RENDELL and AMBRO,
                        *Circuit Judges*

**ORDER AMENDING OPINION**

   **IT IS HEREBY ORDERED** that the Slip Opinion filed in this case on September

13, 2012, be amended as follows:

   On the cover page, delete the section identifying the Immigration Judge as The

Honorable Linda S. Wendtland and replace it with The Honorable Mirlande Tadal.

   **IT IS SO ORDERED.**

                                        By the Court:

                                        /s/ Theodore A. McKee
                                        Chief Judge


Dated:          November 6, 2012
tyw/cc:         Alina Das, Esq.
                Nancy Morawetz, Esq.
                Nikki R. Reisch, Esq.
                Allen W. Hausman, Esq.
                Andrew C. MacLachlan, Esq.